UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2020

---------------------------------------------------------------- X

SOUDAVONE VILAYVANH, AS          :
ADMINISTRATOR OF THE ESTATE OF   :
ROBERT C. SMITH, DECEASED, AND    :
SOUDAVONE VILAYVANH,           :      20-CV-7226 (VEC)
INDIVIDUALLY,                :

                             :      ORDER
               Plaintiffs,  :

                             :
       -against-           :
                             :
EAST 111TH STREET PROPERTIES, LLC, :
EDISON PARKING CORPORATION, EDISON :
N.Y. PARKING, LLC, AND F & E SERVICES, :
INC.,                        :
                             :
               Defendant.  :

---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 3, 2020, Defendants East 111th Street Properties, LLC, Edison

Parking Corporation, and Edison N.Y. Parking, LLC filed a notice of removal to the Southern

District of New York (Dkt. 1);

WHEREAS Defendants provided incomplete information with respect to the citizenship

of each Defendant; and

WHEREAS Defendant F &E Services, Inc. did not join in the notice of removal and did

not file its consent to the notice of removal;

IT IS HEREBY ORDERED THAT not later than **September 16, 2020**, Defendants must

answer the following questions:

      1.  Pursuant to what Nevada law or code provision are the four Nevada-based trust

          members of East 111th Street Properties, LLC organized?

2.  For each of the four Nevada-based trusts that is a member of East 111th Street Properties, LLC, what is the citizenship of each trustee?

3.  What is the citizenship of each of the individual members of the other limited liability company that is a member of East 111th Street Properties, LLC?

4.  What is the state of incorporation of Edison Parking Corp.?  What is the principle place of business of Edison Parking Corp.?

5.  For each of the four Nevada-based trusts that is a member of Edison N.Y. Parking, LLC, what is the citizenship of each trustee?

6.  As of September 3, 2020, had Defendant F & E Services, Inc. been served in the state court action?

7.  Does counsel for Defendants East 111th Street Properties, LLC, Edison Parking Corp., and Edison N.Y. Parking, LLC represent Defendant F & E Services, Inc.?

8.  If yes, does F & E Services, Inc. consent to removal of this action to the Southern District of New York?

9.  What is the state of incorporation of F & E Services, Inc.?  What is the principle place of business of F & E Services, Inc.?

**SO ORDERED.**

_____

**Date:  September 8, 2020**                      **VALERIE CAPRONI**
**New York, NY**                        **United States District Judge**

2